JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
WALTER F. FICK, ESQ.
Nevada Bar 14193
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MILLICENT WANJOHI,<br><br>            Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | CASE NO.: 2:17-CV-02902-GMN-VCF<br><br>**STPULATION AND ORDER TO EXTEND SCHEDULED DISCOVERY DEADLINES (FIRST REQUEST)** |

The parties hereto, by and through their undersigned counsel of record, hereby stipulate to extend the time for discovery in this matter. This is the first request for such extension.

**I.**

**CURRENT SCHEDULING ORDER DATES**

Plaintiff's case has not yet been set for a jury trial. The current discovery deadlines are based off of a stipulated discovery plan, which was submitted in compliance with LR 26-1(e) on January 12, 2018. A scheduling order, based on this plan, was entered on January 16, 2018. Pursuant to this order, the current discovery deadline dates are:

- Fed. R. Civ. P. 26(a)(1) Initial Disclosures:      January 29, 2018
- Final Date to Amend Pleadings or Add Parties:      February 12, 2018
- Final Date for Initial Expert Disclosures:      March 12, 2018

| | | |
|---|---|---|
| • Final Date for Rebuttal Expert Disclosures: | | April 16, 2018 |
| • Close of Discovery: | | May 14, 2018 |
| • Final Date for Dispositive Motions: | | June 11, 2018 |
| • Final Date for Pretrial Order: | | July 9, 2018 |

## II.

## STATEMENT OF COMPLETED DISCOVERY

The Parties have completed their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). These were completed by both parties on or before the January 29, 2018, deadline, in compliance with the current scheduling order.

## III.

## DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED

The Parties need to complete written discovery, deposition discovery, initial expert discovery, and rebuttal expert discovery.

## IV.

## GOOD CAUSE FOR EXTENSION OF REMAINING DEADLINES

Since the initial case conference on December 15, 2017, the Parties have attempted in good faith to remove and/or resolve this action through alternative dispute resolution methods. The Parties initially discussed the possibility of removing this action to binding arbitration, however, the Parties were unable to reach a negotiated arbitration agreement. The Parties subsequently discussed the possibility of resolving this action through mediation, however, the Parties were unable to reach a negotiated mediation agreement. Throughout this approximately six-week period, the Parties did not conduct any discovery, other than initial disclosures, as it was expected that the action would either be resolved or removed to arbitration.

During the week of January 29, 2018, the Parties agreed that further attempts at alternative dispute resolution would be unproductive for the time being. The Parties now intend to actively pursue discovery in this Court, the close of discovery is just over three months away, and the initial expert disclosure deadline is just over one month away. The Parties agree that, no matter how diligent and active their efforts, this is insufficient time to conduct all necessary and

meaningful discovery. The Parties further expect that thorough and meaningful discovery may lead to a breakthrough regarding alternative dispute resolution possibilities.

## V.

## **PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

Based on the foregoing, the Parties respectfully request that this Court grant a five-week extension of the remaining discovery deadlines, except for the final date to amend pleadings or add parties, which is less than 21 days from now (*see* LR 26-4). This would result in the following deadlines:

- Final Date to Amend Pleadings or Add Parties: February 12, 2018
- Final Date for Initial Expert Disclosures: April 16, 2018
- Final Date for Rebuttal Expert Disclosures: May 21, 2018
- Close of Discovery: June 18, 2018
- Final Date for Dispositive Motions: July 16, 2018
- Final Date for Pretrial Order: August 13, 2018

Dated this 7th of February, 2018.　　　　　　　Dated this 7th of February, 2018.

RICHARD HARRIS LAW FIRM　　　　　　　PYATT SILVESTRI

/s/ Ian C. Estrada　　　　　　　　　　　　　　/s/ Walter F. Fick
IAN C. ESTRADA, ESQ.　　　　　　　　　　　JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 12575　　　　　　　　　　　　Nevada Bar No. 3603
801 South Fourth St.　　　　　　　　　　　　　WALTER F. FICK, ESQ.
Las Vegas, Nevada 89101　　　　　　　　　　　Nevada Bar No. 14193
(702) 444-4444　　　　　　　　　　　　　　　701 Bridger Avenue, Suite 600
Attorney for Plaintiff　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　　　　　　(702) 383-6000
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**IT IS SO ORDERED.**

Dated this 12th of February, 2018.

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

_____
UNITED STATES MAGISTRATE JUDGE

3