JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
bgoldman@pyattsilvestri.com

Attorney for Defendant
*GEICO GENERAL INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MILLICENT WANJOHI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:17-cv-02902-GMN-VCF |

**STIPULATION TO STAY PROCEEDINGS PENDING BINDING ARBITRATION**

WHEREAS, the parties have entered into a Stipulation for Binding Arbitration; and

WHEREAS, it is the intent of the parties that the proceedings in the above-entitled action be stayed pending the binding arbitration;

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. That the above-entitled action is hereby stayed, pending the holding of a Binding Arbitration in this matter;

. . .

. . .

. . .

2. That at the conclusion of the arbitration and payment of any award, the parties will execute a Stipulation of All Claims with Prejudice to be submitted to this Court, dismissing this matter in full with prejudice.

DATED this 20th day of June, 2018.  DATED this 20th day of June, 2018.

RICHARD HARRIS LAW FIRM  PYATT SILVESTRI

/s/ Ian C. Estrada  /s/ Brian W. Goldman
IAN C. ESTRADA, ESQ.  JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 12575  Nevada Bar No. 3603
801 South Fourth Street  BRIAN W. GOLDMAN, ESQ.
Las Vegas, NV  89101  Nevada Bar No. 6317
Attorney for Plaintiff  701 Bridger Avenue, Suite 600
*MILLICENT WANJOHI*  Las Vegas, NV  89101
 Attorneys for Defendant
 *GEICO INSURANCE COMPANY*

## ORDER TO STAY PROCEEDINGS PENDING BINDING ARBITRATION

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled action is hereby stayed, pending the holding of a Binding Arbitration, and at the conclusion of the arbitration and payment of any award, the parties will execute a Stipulation of All Claims with Prejudice to be submitted to this Court, dismissing this matter in full with prejudice.

IT IS FURTHER ORDERED that the parties shall submit a joint status report on the status of arbitration beginning on October 15, 2018, and every ninety (90) days thereafter.

. . .
. . .
. . .
. . .

DATED this __19__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Pyatt Silvestri
701 Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000