JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
bgoldman@pyattsilvestri.com

Attorney for Defendant
*GEICO GENERAL INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MILLICENT WANJOHI,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02902-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear their own fees and costs.

. . .

. . .

. . .

. . .

No trial date has been set in this matter.

DATED this 6th day of May, 2019    DATED this 7 day of May, 2019

RICHARD HARRIS LAW FIRM    PYATT SILVESTRI

_____    _____
IAN C. ESTRADA, ESQ.    JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 12575    Nevada Bar No. 3603
801 South Fourth Street    BRIAN W. GOLDMAN, ESQ.
Las Vegas, NV 89101    Nevada Bar No. 6317
Attorney for Plaintiff    701 Bridger Avenue, Suite 600
*MILLICENT WANJOHI*    Las Vegas, NV 89101
    Attorneys for Defendant
    *GEICO INSURANCE COMPANY*

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same are hereby is dismissed with prejudice, each party to bear their own costs.

DATED this ___7___ day of _____May_____, 2019.

**IT IS SO ORDERED:**

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Submitted by:

PYATT SILVESTRI

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant
*GEICO GENERAL INSURANCE COMPANY*